**REED SMITH LLP**
*Formed in the State of Delaware*
Tara E. Nicola
Patrick E. Bradley
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08543-7839
(609) 987-0050
Attorneys for Defendants Genie Industries, Inc. and Terex Corp.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SAM ARAMANDO and MARYLOU ARAMANDO,<br><br>Plaintiffs,<br><br>v.<br><br>GENIE INDUSTRIES, INC., TEREX COMPANY, ABC COMPANIES 1-10 (FICTITIOUS NAMES),<br><br>Defendants. | Civil Action No. 2:07-cv-05249<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO TEREX CORPORATION** |

**IT IS HEREBY STIPULATED AND AGREED** that plaintiffs' claims against defendant Terex Corporation are hereby dismissed, with prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorney's fees.

Attorney for Plaintiffs

By: _____
Kenneth M. Sunberg, PC
58 Vose Avenue
South Orange, New Jersey 07079

Dated: January 29, 2008

Attorneys for Defendants Genie Industries, Inc. and Terex Corporation

By: _____
Patrick E. Bradley, Esq.
Tara E. Nicola, Esq.
**REED SMITH LLP**
Princeton Forrestal Village
136 Main Street, Suite 250
Princeton, New Jersey 08543-7839

Dated: January 30, 2008

So Ordered: Harold A. Ackerman
USDJ 2/1/08